NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENECKE-KALIKO AG,**
*Appellant*

**v.**

**THE HAARTZ CORPORATION,**
*Appellee*

---

2015-1110

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/000,611.

---

**JUDGMENT**

---

MARK D. KLINKO, Fay Sharpe, LLP, Cleveland, OH, argued for appellant. Also represented by JUDE A. FRY.

STEVEN JAY GROSSMAN, Grossman Tucker Perreault & Pfleger, PLLC, Manchester, NH, argued for appellee. Also represented by BETH A. FILIP.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 15, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |